Eric M. Lieberman (EL 4822)
David B. Goldstein (DG 8291)
Christopher J. Klatell (CK 3058)
Lindsey Frank (LF 6718)
RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Fl.
New York, NY 10006-1901
(212) 254-1111
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF MARTÍN RAMÍREZ, by its duly appointed co-administrators and personal representatives, MARTÍN RAMÍREZ SALINAS and MARIA DE JESUS REYES RAMÍREZ MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> MAUREEN HAMMOND <br><br> and <br><br> SOTHEBY'S, INC., <br><br> Defendants. | Case No. 08 Civ. 7103 (PKC)(JCF) <br> ECF Case |

**DECLARATION OF SERVICE**

LINDSEY FRANK declares the following to be true:

1. I am not a party to the above case, am over eighteen years old, and am an attorney at Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C., 111 Broadway, New York, New York 10006.

2.  By agreement between Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C., counsel for Plaintiff the Estate of Martín Ramírez (hereinafter "Plaintiff"), and Jonathan A. Olsoff, North American General Counsel and Senior Vice President of Defendant Sotheby's, Inc. (hereinafter "Sotheby's"), Mr. Olsoff agreed to accept service of the summons and complaint in the above case on behalf of Sotheby's.

3.  On Tuesday, August 12, 2008, I arranged for hand delivery by Avant Business Services of the following documents on Mr. Olsoff at 1334 York Avenue, New York, New York, with a copy by U.S. mail:

    a.  Summons in a Civil Action;

    b.  A true and correct copy of the Civil Cover Sheet;

    c.  A true and correct copy of the Complaint;

    d.  Individual Practices of Judge P. Kevin Castel and the Electronic Case Filing Rules and Instructions; and

    e.  Individual Practices of Magistrate Judge James C. Francis.

4.  I attach as Annex A a true and correct copy of a signed delivery receipt from Avant Business Services indicating that on Tuesday, August 12, 2008, at approximately 1:52 in the afternoon, Avant Business Services delivered the summons and complaint to Jonathan A. Olsoff at 1334 York Avenue, New York, New York, thus effecting service of process.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2008 at New York, New York.

Lindsey Frank

# ANNEX A

**Delivery Manifest**

Avant Business Services

Name: Bernard McCoy

Ticket No.: 385 8688  Call #: 5

Pick Up At: 111 Broadway, Rabinowitz Rubin...

Deliver To: 1334 York Ave, Sotheby's Inc

Date: 8/12/08  Day: Tuesday  Office: BMEW  Messenger #: 2501

Signature: [signed]

Time: 1:52  Flr: M/C

25

Attn: Lindsey Frank