%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                District of                New York

THE ESTATE OF MARTÍN RAMÍREZ

V.

MAUREEN HAMMOND and
SOTHEBY'S, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 7103

JUDGE CASTEL

TO: (Name and address of Defendant)

MAUREEN HAMMOND, 1339 Redwood Ave., Needles, California 92363

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric M. Lieberman
Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C.
111 Broadway, Eleventh Floor
New York, NY 10006
Tel: 212-254-1111
Fax: 212-674-4614

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          AUG 1 1 2008

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: AUGUST 12, 2008 |
| NAME OF SERVER (PRINT): EMILIANO E. ARELLANO | TITLE: A Registered Officer of the Superior Court of Mohave County, Arizona # PS06-05 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
1339 REDWOOD AVENUE
NEEDLES, CA 92363

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/14/08         *Emiliano E. Arellano*
              Date                    Signature of Server

MCPS
Mohave County Process Service
Address of Server P. O. Box 4357
Kingman, AZ  86402

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.