Eric M. Lieberman (EL 4822)
David B. Goldstein (DG 8291)
Christopher J. Klatell (CK 3058)
Lindsey Frank (LF 6718)
RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Fl.
New York, NY 10006-1901
(212) 254-1111
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF MARTÍN RAMÍREZ,

by its duly appointed co-administrators and personal representatives,

MARTÍN RAMÍREZ SALINAS and MARIA DE JESUS REYES RAMÍREZ MILLER,

　　　　　　　　　Plaintiffs,

v.

MAUREEN HAMMOND

and

SOTHEBY'S, INC.,

　　　　　　　　　Defendants.

Case No. 08 Civ. 7103 (PKC)(JCF)
ECF Case

---

**NOTICE OF FILING PURSUANT TO NEW YORK E.P.T.L. SECTION 13-3.5**

Plaintiffs hereby file the declarations of the duly appointed personal representatives of the Estate of Martín Ramírez, Maria de Jesus Reyes Ramírez Miller and Martín Ramírez Salinas,

attached as Exhibit 1, pursuant to New York Estates, Powers and Trusts Law Section 13-3.5.

Dated: New York, New York
August 21, 2008

*[signature]*
Eric M. Lieberman (EL 4822)
David B. Goldstein (DG 8291)
Christopher J. Klatell (CK 3058)
Lindsey Frank (LF 6718)
RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, NY 10006-1901
(212) 254-1111

*Attorneys for Plaintiffs*

**EXHIBIT 1**

Eric M. Lieberman (EL 4822)
David B. Goldstein (DG 8291)
Christopher J. Klatell (CK 3058)
Lindsey Frank (LF 6718)
RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Fl.
New York, NY 10006-1901
(212) 254-1111
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF MARTÍN RAMÍREZ, by its duly appointed co-administrators and personal representatives, MARTÍN RAMÍREZ SALINAS and MARIA DE JESUS REYES RAMÍREZ MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> MAUREEN HAMMOND <br><br> and <br><br> SOTHEBY'S, INC., <br><br> Defendants. | Case No. 08 Civ. 7103 (PKC)(JCF) <br> ECF Case |

**DECLARATION OF MARIA DE JESUS REYES RAMÍREZ MILLER**

MARIA DE JESUS REYES RAMÍREZ MILLER declares the following to be true:

1.      I am a personal representative of the Estate of Martín Ramírez. Attached as Exhibit A is a duly authenticated copy of Letters of Administration, issued on February 27, 2008 by the Superior Court of California, County of Placer, appointing me as a personal representative of the Estate of Martín Ramírez.

2.  Martín Ramírez died on February 17, 1963, more than six months before the commencement of the above action. Attached as Exhibit B is a true and correct copy of the death certificate for Martín Ramírez.

3.  Martín Ramírez is not indebted to any resident of the State of New York and no petition for ancillary administration of the Estate of Martín Ramírez has been filed in any court of the State of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2008 at Los Angeles, California.

*Maria R Miller*
Maria de Jesus Reyes Ramírez Miller

**EXHIBIT A**

DE-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| (650) 341-2585<br>COLLEEN E. McAVOY, ESQ., SBN: 122219<br>McGLASHAN & SARRAIL, P.C.<br>177 BOVET ROAD, SIXTH FLOOR<br>SAN MATEO, CA 94402 | (650) 341-1395 | F I L E D<br>PLACER COUNTY<br>SUPERIOR COURT OF CALIFORNIA<br><br>FEB 27 2008<br><br>JOHN MENDES<br>EXECUTIVE OFFICER & CLERK<br>By K. Alford, Deputy |

ATTORNEY FOR (Name): Maria de Jesus Reyes Ramirez Miller, Martin Ramirez Salinas

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  PLACER
STREET ADDRESS: 11546B Avenue
MAILING ADDRESS: Auburn, CA 95603
CITY AND ZIP CODE:
BRANCH NAME:

ESTATE OF (Name): Martin Ramirez

DECEDENT

**LETTERS**
[ ] TESTAMENTARY    [x] OF ADMINISTRATION
[ ] OF ADMINISTRATION WITH WILL ANNEXED  [ ] SPECIAL ADMINISTRATION

CASE NUMBER: S PR 5026

**LETTERS**

1. [ ] The last will of the decedent named above having been proved, the court appoints (name):
   a. [ ] executor.
   b. [ ] administrator with will annexed.

2. [x] The court appoints (name): Maria de Jesus Reyes Ramirez Miller and Martin Ramirez Salinas
   a. [x] co-administrator of the decedent's estate.
   b. [ ] special administrator of decedent's estate
      (1) [ ] with the special powers specified in the Order for Probate.
      (2) [ ] with the powers of a general administrator.
      (3) [ ] letters will expire on (date):

3. [x] The personal representative is authorized to administer the estate under the Independent Administration of Estates Act [x] with full authority
   [ ] with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. [ ] The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)   Date: 2-27-08
Clerk, by
**Karen Alford**
(DEPUTY)

**AFFIRMATION**

1. [ ] PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. [x] INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.

3. [ ] INSTITUTIONAL FIDUCIARY (name):

   I solemnly affirm that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer. (Name and title):

4. Executed on (date): February 19, 2008
   at (place): Alhambra/Bell Gardens, California.

   _Martin Ramirez Salinas_
   Martin Ramirez Salinas

   _Maria R. Miller_
   (SIGNATURE)
   Maria de Jesus Reyes Ramirez Miller

**CERTIFICATION**

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)   Date: 2-27-08
Clerk, by
_Alford_
(DEPUTY)

Form Approved by the
Judicial Council of California
DE-150 [Rev. January 1, 1998]
Mandatory Use [1/1/2000]

**LETTERS**
(Probate)

Legal Solutions Plus

Probate Code, §§ 1001, 8403,
8405, 8544, 8545;
Code of Civil Procedure, § 2015.6

**EXHIBIT B**

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

OFFICE OF THE CLERK-RECORDER
# COUNTY OF PLACER
AUBURN, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA — DEPARTMENT OF PUBLIC HEALTH

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 3100  159

| Field | Value |
|---|---|
| 1a. NAME OF DECEASED — FIRST NAME | Martin |
| 1b. MIDDLE NAME | unavailable |
| 1c. LAST NAME | Ramirez |
| 2a. DATE OF DEATH | February 17, 1963 |
| 2b. HOUR | 6:00 A. |
| 3. SEX | male |
| 4. COLOR OR RACE | white |
| 5. BIRTHPLACE | Mexico |
| 6. DATE OF BIRTH | 3-31-1895 |
| 7. AGE | 67 |
| 8. NAME AND BIRTHPLACE OF FATHER | Gertrudiz Ramirez-Mexico |
| 9. MAIDEN NAME AND BIRTHPLACE OF MOTHER | Juana Gonzales-Mexico |
| 10. CITIZEN OF WHAT COUNTRY | Mexico |
| 11. SOCIAL SECURITY NUMBER | unavailable |
| 12. LAST OCCUPATION | laborer |
| 13. | unavail. |
| 14. NAME OF LAST EMPLOYING COMPANY OR FIRM | Unavailable |
| 15. KIND OF INDUSTRY OR BUSINESS | unavailable |
| 16. IF DECEASED WAS EVER IN U.S. ARMED FORCES | none |
| 17. MARRIED / NEVER MARRIED / DIVORCED | married |
| 18a. NAME OF PRESENT SPOUSE | Ana Maria Navarro de Ramirez |
| 18b. PRESENT OR LAST OCCUPATION OF SPOUSE | housewife |
| 19a. PLACE OF DEATH — NAME OF HOSPITAL | DeWitt State Hospital |
| 19b. STREET ADDRESS | P.O. Box 192 |
| 19c. CITY OR TOWN | Auburn |
| 19d. COUNTY | Placer |
| 19e. LENGTH OF STAY IN COUNTY OF DEATH | 15+ YEARS |
| 19f. LENGTH OF STAY IN CALIFORNIA | 37+ YEARS |
| 20a. LAST USUAL RESIDENCE — STREET ADDRESS | transient |
| 20c. CITY OR TOWN | Sacramento |
| 20d. COUNTY | Sacramento |
| 20e. STATE | California |
| 21a. NAME OF INFORMANT | Medical Records DeWitt State Hospital |
| 21b. ADDRESS OF INFORMANT | P.O. Box 192, Auburn, Calif. |
| 22c. PHYSICIAN OR CORONER SIGNATURE | WILLIAM A. SCOTT, CORONER by [signature] |
| 22a. CORONER | autopsy |
| 22b. ADDRESS | Auburn, California |
| 23. DATE SIGNED | 2-28-63 |
| 23. BURIAL | burial |
| 24. DATE | 3-5-63 |
| 25. NAME OF CEMETERY OR CREMATORY | Mt. Calvary Cemetery |
| 26. EMBALMER SIGNATURE | Not Done |
| 27. NAME OF FUNERAL DIRECTOR | Auburn Funeral Home |
| 28. DATE ACCEPTED FOR DISPOSITION | 2-28-63 |
| 29. LOCAL REGISTRAR SIGNATURE | GERALDINE FAIR, M.D. by [signature] Deputy |

### 30. CAUSE OF DEATH

PART I. DEATH WAS CAUSED BY

| Cause | Interval |
|---|---|
| IMMEDIATE CAUSE (a): Acute Pulmonary Edema | days |
| DUE TO (b): Myocardial Infarct, old | years |
| DUE TO (c): Coronary Arteriosclerosis, Severe, with Occlusion | years |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO THE TERMINAL DISEASE CONDITION GIVEN IN PART I: 1. Diabetes Mellitus — years. 2. Schizophrenic Reaction, Catatonic Type — 32+ yrs.

31. OPERATION — [X]
33. AUTOPSY — [X]




*000068839*

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF PLACER

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Placer County Clerk-Recorder.

DATE ISSUED  01/29/2008

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.


JIM McCAULEY
PLACER COUNTY CLERK-RECORDER



Eric M. Lieberman (EL 4822)
David B. Goldstein (DG 8291)
Christopher J. Klatell (CK 3058)
Lindsey Frank (LF 6718)
RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Fl.
New York, NY 10006-1901
(212) 254-1111
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF MARTÍN RAMÍREZ, by its duly appointed co-administrators and personal representatives, MARTÍN RAMÍREZ SALINAS and MARIA DE JESUS REYES RAMÍREZ MILLER, Plaintiffs, v. MAUREEN HAMMOND and SOTHEBY'S, INC., Defendants. | Case No. 08 Civ. 7103 (PKC)(JCF) ECF Case |

### DECLARATION OF MARTÍN RAMÍREZ SALINAS

MARTÍN RAMÍREZ SALINAS declares the following to be true:

1. I am a personal representative of the Estate of Martín Ramírez. Attached as Exhibit A is a duly authenticated copy of Letters of Administration, issued on February 27, 2008 by the Superior Court of California, County of Placer, appointing me as a personal representative of the Estate of Martín Ramírez.

2.  Martín Ramírez died on February 17, 1963, more than six months before the commencement of the above action. Attached as Exhibit B is a true and correct copy of the death certificate for Martín Ramírez.

3.  Martín Ramírez is not indebted to any resident of the State of New York and no petition for ancillary administration of the Estate of Martín Ramírez has been filed in any court of the State of New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 20, 2008 at Los Angeles, California.

*(signature)*
Martín Ramírez Salinas

# EXHIBIT A

DE-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| COLLEEN E. McAVOY, ESQ., SBN: 122219<br>McGLASHAN & SARRAIL, P.C.<br>177 BOVET ROAD, SIXTH FLOOR<br>SAN MATEO, CA 94402 | (650) 341-2585  (650) 341-1395 | **FILED**<br>PLACER COUNTY<br>SUPERIOR COURT OF CALIFORNIA<br><br>FEB 27 2008<br><br>JOHN MENDES<br>EXECUTIVE OFFICER & CLERK<br>By K. Alford, Deputy |

ATTORNEY FOR (Name): Maria de Jesus Reyes Ramirez Miller, Martin Ramirez Salinas

SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER
STREET ADDRESS: 11546B Avenue
MAILING ADDRESS: Auburn, CA 95603
CITY AND ZIP CODE:
BRANCH NAME:

ESTATE OF (Name): Martin Ramirez
                                                                DECEDENT

| LETTERS | | CASE NUMBER: |
|---|---|---|
| [ ] TESTAMENTARY     [x] OF ADMINISTRATION<br>[ ] OF ADMINISTRATION WITH WILL ANNEXED  [ ] SPECIAL ADMINISTRATION | | S PR 5026 |

**LETTERS**

1. [ ] The last will of the decedent named above having been proved, the court appoints (name):

   a. [ ] executor.
   b. [ ] administrator with will annexed.

2. [x] The court appoints (name): Maria de Jesus Reyes Ramirez Miller and Martin Ramirez Salinas
   a. [x] co-administrator of the decedent's estate.
   b. [ ] special administrator of decedent's estate
      (1) [ ] with the special powers specified in the Order for Probate.
      (2) [ ] with the powers of a general administrator.
      (3) [ ] letters will expire on (date):

3. [x] The personal representative is authorized to administer the estate under the Independent Administration of Estates Act  [x] with full authority
   [ ] with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. [ ] The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)   Date: 2-27-08
         Clerk, by
         _Karen Alford_
         (DEPUTY)

**AFFIRMATION**

1. [ ] PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. [x] INDIVIDUAL: I solemnly affirm that I will perform the duties of personal representative according to law.

3. [ ] INSTITUTIONAL FIDUCIARY (name):

   I solemnly affirm that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):

4. Executed on (date): February 19, 2008
   at (place): Alhambra/Bell Gardens, California.

   _Martin Ramirez Salinas_
   Martin Ramirez Salinas

   _Maria R Miller_
   (SIGNATURE)
   Maria de Jesus Reyes Ramirez Miller

**CERTIFICATION**

I certify that this document is a correct copy of the original on file in my office and the letters issued the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)   Date: 2-27-08
         Clerk, by
         _K Alford_
         (DEPUTY)

Form Approved by the
Judicial Council of California
DE-150 (Rev. January 1, 1998)
Mandatory Use [1/1/2000]

**LETTERS**
(Probate)

Legal Solutions Plus

Probate Code, §§ 1001, 8403,
8405, 8544, 8545;
Code of Civil Procedure, § 2015.6

**EXHIBIT B**

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

OFFICE OF THE CLERK-RECORDER

# COUNTY OF PLACER
AUBURN, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 3100 159

**DECEDENT PERSONAL DATA**
- Name of Deceased: Martin (first), unavailable (middle), Ramirez (last)
- Date of Death: February 17, 1963, 6:00 A.M.
- Sex: male
- Color or Race: white
- Birthplace: Mexico
- Date of Birth: 3-31-1895
- Age: 67 years
- Name and Birthplace of Father: Gertrudiz Ramirez-Mexico
- Maiden Name and Birthplace of Mother: Juana Gonzales-Mexico
- Citizen of What Country: Mexico
- Social Security Number: unavailable
- Last Occupation: laborer
- Name of Last Employing Company: Unavailable
- Kind of Industry or Business: unavailable
- Ever in Armed Forces: none
- Married/Divorced: married
- Name of Present Spouse: Ana Maria Navarro de Ramirez
- Present or Last Occupation of Spouse: housewife

**PLACE OF DEATH**
- Place of Death/Name of Hospital: DeWitt State Hospital
- Street Address: P.O. Box 192
- City or Town: Auburn
- County: Placer
- Length of Stay in County of Death: 15+ years
- Length of Stay in California: 37+ years

**LAST USUAL RESIDENCE**
- Street Address: transient
- City or Town: Sacramento
- County: Sacramento
- State: California
- Name of Informant: Medical Records, DeWitt State Hospital
- Address of Informant: P.O. Box 192, Auburn, Calif.

**PHYSICIAN'S OR CORONER'S CERTIFICATION**
- Physician or Coroner: WILLIAM A. SCOTT, CORONER by Capt. E. Kiesely, Chief Deputy Coroner
- Coroner: autopsy
- Address: Auburn, California
- Date Signed: 2-28-63

**FUNERAL DIRECTOR AND LOCAL REGISTRAR**
- Burial: 3-1-63
- Name of Cemetery or Crematory: Mt. Calvary Cemetery
- Embalmer Signature: Not Done
- Name of Funeral Director: Auburn Funeral Home
- Date Accepted by Registrar: 2-28-63
- Local Registrar: GERALDINE FAIR, M.D. by [signature] Deputy

**CAUSE OF DEATH**
- Part I. Death was caused by:
  - Immediate Cause (a): Acute Pulmonary Edema — days
  - Due to (b): Myocardial Infarct, old — years
  - Due to (c): Coronary Arteriosclerosis, Severe, with Occlusion — years
- Part II. Other significant conditions: 1. Diabetes Mellitus - years. 2. Schizophrenic Reaction, Catatonic Type - 32+ yrs.

**OPERATION AND AUTOPSY**: Operation – No; Autopsy – Yes

**INJURY INFORMATION**: (blank)





*000068839*

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF PLACER

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Placer County Clerk-Recorder.

DATE ISSUED 01/29/2008

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

JIM McCAULEY
PLACER COUNTY CLERK-RECORDER

## CERTIFICATE OF SERVICE

I certify that on the 21st of August, 2008, I served the foregoing NOTICE OF FILING PURSUANT TO NEW YORK E.P.T.L. SECTION 13-3.5, by U.S. first class mail, postage prepaid, upon:

>Yosef J. Riemer
>Kirkland & Ellis LLP
>Citigroup Center
>153 East 53rd Street
>New York, New York   10022-4611
>*Counsel for defendant Maureen Hammond*
>
>Jonathan A. Olsoff
>Sotheby's, Inc.
>1334 York Avenue
>New York, New York   10021
>*Counsel for defendant Sotheby's, Inc.*

Dated:   New York, New York
         August 21, 2008

By: _____
Lindsey Frank
Rabinowitz, Boudin, Standard, Krinsky
   & Lieberman, P.C.
111 Broadway, Eleventh Floor
New York, NY 10006
Tel: 212-254-1111 ext 114
Fax: 212-674-4614