UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF MARTÍN RAMÍREZ, by its duly appointed co-administrators and personal representatives, MARTÍN RAMÍREZ SALINAS and MARIA DE JESUS REYES RAMÍREZ MILLER,<br><br>        Plaintiffs,<br><br> - against -<br><br>MAUREEN HAMMOND and SOTHEBY'S INC.,<br><br>        Defendant. | Case No.:   08 CV 7103 (PKC)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant Maureen Hammond.

I certify that I am admitted to practice in this court.

Dated: August 28, 2008

                                            s/
Yosef J. Riemer (YR 5974)
yriemer@kirkland.com
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

*Attorneys for Defendant Maureen Hammond*